### 1175. ROGERS v. THE STATE.

HILL, C. J. 1. The assignment of error based on the ruling of the trial court in admitting incriminating evidence obtained by a search of the defendant's house without a warrant is controlled by the decisions of this court in the cases of *Glover* v. *State,* ante, 455 (61 S. E. 862), *Croy* v. *State,* ante, 456 (61 S. E. 862), *Tooke* v. *State,* ante, 495 (61 S. E. 917), and the decision of the Supreme Court in *Williams* v. *State,* 100 *Ga.* 511 (28 S. E. 624, 39 L. R. A. 269).

2. The verdict is fully supported by the evidence, and the judgment refusing a new trial is affirmed.      *Judgment affirmed.*

Indictment for larceny from house, from Warren superior court —Judge Worley. April 14, 1908.

Submitted June 9,—Decided August 4, 1908.

*L. R. Massengale, E. P. Davis,* for plaintiff in error.

*David W. Meadow, solicitor-general,* contra.